UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-0198 EJD |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| XIAO JING HE, | |
| Defendant. | |

On February 21, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. 234 counterfeit Lenovo power adapters

b. 68 counterfeit Sony power adapters

c. 782 counterfeit HP power adapters

d. 492 counterfeit Toshiba adapters

e. 128 counterfeit UL power adapters

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 16-0198 EJD                    1

    f. 65 counterfeit Acer power adapters

    g. 540 counterfeit Dell power adapters

    h. 649 counterfeit Lenovo decals

    i. 816 counterfeit Acer decals

    j. 3,166 counterfeit UL decals

    k. 1,254 counterfeit Sony decals

    l. 10,408 counterfeit HP decals

    m. 10,700 Toshiba decals

    n. 21,676 counterfeit Dell decals

    o. 3,070 generic power adapters

    p. One label printer

    q. 947 counterfeit Dell power adapters

    r. Miscellaneous counterfeit power labels and adapters

pursuant to the provisions of 18 U.S.C. § 2323(b) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

  The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

  THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 2323(b) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 5/8/2017

            _____
            HON. EDWARD J. DAVILA
            United States District Judge